**BAKER BOTTS** L.L.P.

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA | AUSTIN | **NEW YORK** |
| NEW YORK, NEW YORK | BRUSSELS | PALO ALTO |
| 10112-4498 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 212.408.2500 | HOUSTON | SINGAPORE |
| FAX +1 212.408.2501 | LONDON | WASHINGTON |
| BakerBotts.com | | |

November 24, 2025

**<u>VIA ECF</u>**

Margaret M. Welsh
TEL: 2124082541
FAX: 2122592541
margaret.welsh@bakerbotts.com

The Honorable Robyn F. Tarnofsky
United States District Court
500 Pearl St., Room 703
New York, NY 10007

      Re: Daedalus Group LLC et al. v. Lyft, Inc.
      Case No.: 1:25-mc-00494-GHW-RFT – Joint Letter Motion for Denial of Motion
      to Quash as Moot

Dear Judge Tarnofsky:

      The parties jointly submit this letter concerning the pending Motion to Quash filed by Movants Daedalus Group, LLC and Ed Gomez ("Movants"). On November 20, 2025, during the pretrial conference of the underlying action (*Quartz Auto Technologies LLC v. Lyft, Inc.*, Case No. 1:20-cv-00719-ADA), the Court denied Quartz's willful infringement theory which had been the sole basis for the third-party subpoenas at issue.

      As a result of that ruling, Lyft, Inc. has withdrawn the subpoenas served on Movants. Because the subpoenas have been withdrawn and no longer require compliance, the parties respectfully submit that the Motion to Quash is now moot. Accordingly, the parties jointly request that the Court deny the pending Motion to Quash (ECF No. 1) as moot.

<span style="color:blue">The motion to quash (ECF 1) is **DENIED AS MOOT.** The conference scheduled for November 26, 2025 is canceled. The Clerk of Court is respectfully requested to terminate ECF 1 and ECF 13.

Dated: November 25, 2025
     New York, NY</span>

Respectfully submitted,

/s/ *Margaret M. Welsh*
Margaret M. Welsh

*Counsel for Defendant Lyft, Inc.*

/s/ *Michael J. Barresi*
Michael J. Barresi

*Counsel for Plaintiffs Daedalus Group LLC
and Ed Gomez*

SO ORDERED

**ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record via ECF

**BAKER BOTTS** LLP

The Hon. Robyn F. Tarnofsky                - 2 -                November 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2025, a copy of the foregoing Joint Motion to Request Denial of Motion to Quash as Moot was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Margaret M. Welsh*
Margaret M. Welsh